IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-03018-MSK-MJW

CLARENCE MOSES-EL,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER;
MITCHELL R. MORRISSEY, Former Denver District Attorney, in his individual capacity;
BONNIE BENEDETTI, Chief Deputy District Attorney for the Denver District Attorney's Office, in her individual capacity;
ROBIN WHITLEY, Former Deputy District Attorney for the Denver District Attorney's Office, in his individual capacity;
LYNN KIMBROUGH, Former Communications Director for the Denver District Attorney's Office in her individual capacity;
JEFF CARROLL, Investigator for the Denver District Attorney's Office Investigator, in his individual capacity;
DR. KATHREN BROWN-DRESSEL, Former Colorado Bureau of Investigation and Denver Police Department Forensic Serologist, in her individual capacity; and
ESTATE OF JAMES HUFF, Denver Police Department Detective, in his individual capacity,

    Defendants.

---

### RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY FROM DISTRICT ATTORNEY DEFENDANTS

---

Defendants Mitchell R. Morrissey, Bonnie Benedetti, Robin Whitley, Lynn Kimbrough, and Jeff Carroll ("DA Defendants"), by and through their counsel, Andrew D. Ringel, Esq., and Matthew J. Hegarty, Esq., of Hall & Evans, L.L.C., respectfully submit this Response to Plaintiff's Notice of Supplemental Authority, as follows:

On September 10, 2018, Plaintiff filed his Notice of Supplemental Authority citing *Manuel v. City of Joliet, Illinois*, No. 14-1581, 2018 WL 4292913, 2018 U.S. App. LEXIS

25594 (7th Cir. Sept. 10, 2018). [*See* ECF No. 104] After identifying ***Manuel***, Plaintiff set forth more than a page of argument as to why he believes ***Manuel*** applicable to his situation. [*See* ECF No. 104]. In response to the Plaintiff's argument concerning ***Manuel,*** DDA Defendants file this Response to comment briefly on the applicability of ***Manuel***.

***Manuel*** is materially distinguishable from and inapplicable to this matter for the following legally significant reasons: (a) ***Manuel*** involved a pretrial detainee who was never convicted; and (b) ***Manuel*** has no impact on the central theme of DA Defendants' statute of limitations argument, that is: where the alleged unlawfulness of a given action would not necessarily render the plaintiff's conviction or sentence invalid, the rule of ***Heck v. Humphrey***, 512 U.S. 477 (1994), does not apply to that claim and the normal state limitations period instead applies, which here has the effect of rendering the vast majority of Plaintiff's claims time-barred at the outset and without more. [*See* ECF No. 57 at 29-32; ECF No. 88 at 4-8]. Nothing in ***Manuel*** addresses this issue at all.

WHEREFORE, Mitchell R. Morrissey, Bonnie Benedetti, Robin Whitley, Lynn Kimbrough, and Jeff Carroll respectfully submit this Response to Plaintiff's Notice of Supplemental Authority.

Dated this 13th day of September, 2018.

Respectfully submitted,

*s/ Matthew J. Hegarty*
Matthew J. Hegarty, Esq.
Andrew D. Ringel, Esq.
HALL & EVANS, L.L.C.
1001 Seventeenth St., Suite 300
Denver, CO 80202
Phone:  303-628-3300
Fax:     303-628-3368
ringela@hallevans.com
hegartym@hallevans.com
**ATTORNEYS FOR DEFENDANTS MITCHELL R. MORRISSEY, BONNIE BENEDETTI, ROBIN WHITLEY, LYNN KIMBROUGH, AND JEFF CARROLL**

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify on this 13th day of September, 2018, I electronically filed the foregoing **RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY FROM DISTRICT ATTORNEY DEFENDANTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Gail K. Johnson, Esq.
gjohnson@johnsonklein.com
Eric Kirsch Klein
eklein@johnsonklein.com
Aurora Lynn Randolph
arandolph@johnsonklein.com
*Attorneys for Plaintiff*

Michele Horn
michele.horn@denvergov.org
Melanie Lewis
melanie.lewis@denvergov.org
*Attorneys for Defendants City and County of Denver, Dr. Kathren Brown-Dressel, and Estate of James Huff*

*s/ Marlene Wilson*, legal assistant to
Matthew J. Hegarty, Esq.
Andrew D. Ringel, Esq.
HALL & EVANS, L.L.C.
1001 Seventeenth St., Suite 300
Denver, CO  80202
Phone: 303-628-3300
Fax:     303-628-3368
ringela@hallevans.com
hegartym@hallevans.com
**ATTORNEYS FOR DEFENDANTS MITCHELL R. MORRISSEY, BONNIE BENEDETTI, ROBIN WHITLEY, LYNN KIMBROUGH, AND JEFF CARROLL**