IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-03018-MSK-NRN

CLARENCE MOSES-EL,

    Plaintiff

v.

CITY AND COUNTY OF DENVER,
MITCHELL R. MORRISSEY,
BONNIE BENEDETTI,
LYNN KIMBROUGH,
ROBIN WHITLEY,
JEFF CARROLL,
DR. KATHRYN BROWN-DRESSEL, and
ESTATE OF JAMES HUFF,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting the Defendants' Motions to Dismiss by Senior District Judge Marcia S. Krieger (**Doc. #119**) filed on March 25, 2019, it is

ORDERED that:

Judgment is entered in favor of Defendants and against the Plaintiff. All claims are dismissed in the Amended Complaint in accordance with Doc. #119.

ORDERED that costs are awarded to the defendant and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case will be closed.

DATED this 25th day of March , 2019.

                                      ENTERED FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/Patricia Glover
                                        Deputy Clerk